

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,482-01

**EX PARTE STEVEN L. VERNON, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2006-412,948A IN THE 140TH DISTRICT COURT
### FROM LUBBOCK COUNTY

*Per curiam*. NEWELL, J., filed a concurring opinion, joined by RICHARDSON, J.. YEARY, J. filed a dissenting opinion, joined by KELLER, P.J. and SLAUGHTER, J..

**O P I N I O N**

Applicant was convicted of tampering with a witness and sentenced to twenty-five years' imprisonment. Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that the State deprived Applicant his right to due process because the State breached the agreed to plea bargain. Applicant claims the State offered twenty-five years and to not protest Applicant's release to parole in exchange for Applicant's plea of guilty and the title to his Chevrolet Corvette, but, after his guilty plea, conviction and turning over the title to the vehicle,

the State repeatedly protested Applicant's release to parole. Based on the record and the agreed findings of fact and conclusions of law, the trial court has determined that the State has breached the plea agreement and that specific performance is not available in this case, requiring the trial court to allow Applicant the opportunity to withdraw his guilty plea. We agree.

Relief is granted. *Santobello v. New York,* 404 U.S. 257 (1971). The judgment in cause number 2006-412,948 in the 140th District Court of Lubbock County is set aside, and Applicant is remanded to the custody of the Sheriff of Lubbock County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:     February 3, 2021
Do not publish